# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136005(18)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JAMES NORMAN PERRY,
      Defendant-Appellee.

SC: 136005
COA: 284102
Oakland CC: 2006-207327-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's March 13, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      WEAVER and CORRIGAN, JJ., would grant the motion for reconsideration.

      MARKMAN, J., would grant the motion for reconsideration and hold this case in abeyance for *People v Watkins* (Docket No. 135787), 480 Mich __ (2008), in which this Court has granted leave to appeal to consider constitutional and other issues pertaining to MCL 768.27a.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2008

_____
Clerk

d0429